UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

Eastern Division

In Re:                                  )          BK No.:    19-15865
SUSANNA CORDERO,                        )
                                        )          Chapter: 7
                                        )
                                        )          Honorable Pamela S. Hollis
                                        )
                                        )          Joliet
              Debtor(s)                 )

## ORDER TO CONVERT CASE TO CHAPTER 13

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notices having been given to the parties entitled thereto:

It is hereby ORDERED.

1)  This motion is GRANTED.

2)  Debtor's Chapter 7 Case is converted to a Chapter 13 Case.

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated:  August 02, 2019

**Prepared by:**

David M. Siegel, ARDC #6207611
Attorney for the Debtor
DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, IL  60090
847/520-8100
davidsiegelbk@gmail.com