IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE |
| | ) | |
| WILLIAM D. POWERS, | ) | NO.: 16-36186-PSH |
| | ) | |
| Debtor. | ) | CHAPTER 13 |
| | ) | |
| | ) | JUDGE: PAMELA S. HOLLIS |
| | ) | (Joliet) |

## NOTICE OF MOTION

TO:  SEE ATTACHED ADDRESSES

PLEASE TAKE NOTICE THAT ON August 9, 2019 at 10:45 am, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Pamela S. Hollis, U.S. Bankruptcy Judge, 150 West Jefferson Street, 2nd Fl, 644, Joliet, Illinois 60432, and shall then and there present the attached Motion and at which time you may appear if you so desire.

## CERTIFICATION

I, the undersigned Attorney, Certify that I served a copy of this Notice to the Addresses attached by electronic notice through ECF or by depositing the same at the U.S. Mail at 1 North Dearborn, Chicago, Illinois 60602 at 5:00 P.M. on July 31, 2019, with proper postage prepaid.

McCalla Raymer Leibert Pierce, LLC

*/s/Kinnera Bhoopal*
Kinnera Bhoopal
ARDC# 6295897
1 N. Dearborn Suite 1200
Chicago, IL 60602
(312) 346-9088

**This is an attempt to collect a debt and any information obtained will be used for that purpose.**

## **NOTICE OF MOTION ADDRESSES**

To Trustee:                                                                                   *by Electronic Notice through ECF*
Glenn B Stearns
801 Warrenville Road Suite 650
Lisle, IL 60532

To Debtor:                                                                                    *Served via U.S. Mail*
William D. Powers
815 Cora Street
Joliet, Il 60435

To Co-Debtor:                                                              *Served via U.S. Mail*
Veronica Powers
815 Cora St
Joliet, IL 60435

To Attorney:                                                             *by Electronic Notice through ECF*
David M Siegel
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090

McCalla Raymer Leibert Pierce, LLC
Attorney For: Creditor
1 N. Dearborn Suite 1200
Chicago, IL 60602
(312) 346-9088

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE |
| | ) | |
| WILLIAM D. POWERS, | ) | NO.: 16-36186-PSH |
| | ) | |
| Debtor. | ) | CHAPTER 13 |
| | ) | |
| | ) | JUDGE: PAMELA S. HOLLIS |
| | ) | (Joliet) |

# MOTION TO MODIFY THE AUTOMATIC STAY AND CO-DEBTOR STAY

NOW COMES Freedom Mortgage Corporation by and through its attorneys, McCalla Raymer Leibert Pierce, LLC, and requests that the Automatic Stay and Co-Debtor Stay heretofore entered on the property located at 815 Cora St, Joliet, Illinois 60435 be Modified stating as follows:

1. On November 14, 2016, the above captioned Chapter 13 was filed.

2. On January 13, 2017, the above captioned Chapter 13 was confirmed.

3. Freedom Mortgage Corporation services the first mortgage lien on the property located at 815 Cora St, Joliet, Illinois 60435.

4. The Plan calls for the Debtor to be the disbursing agent for the post-petition mortgage payments directly to Freedom Mortgage Corporation. Post-petition payments are $831.72.

5. The post-petition mortgage payments are due and owing for May 1, 2019. The default to Freedom Mortgage Corporation is approximately $2,445.14 through July 2019, including a suspense balance of $50.02. Another payment will come due on

      August 1, 2019 in the amount of $831.72.

6.     Attorney's fees and costs for this motion are due in the amount of $1,031.00.

7.     The plan is in material default.

8.     Freedom Mortgage Corporation also seeks to modify the stay as to co-debtor Veronica Powers pursuant to 11 U.S.C. §1301(a).

9.     Freedom Mortgage Corporation continues to be injured each day it remains bound by the Automatic Stay.

10.     Freedom Mortgage Corporation is not adequately protected.

11.     The property located at 815 Cora St, Joliet, Illinois 60435 is not necessary for the Debtor's reorganization.

12.     The Debtor has no equity in the property for the benefit of unsecured creditors.

13.     No cause exists to delay the enforcement and implementation of relief and Bankruptcy Rule 4001(A)(3) should be waived.

WHEREFORE, YOUR MOVANT respectfully prays that the Automatic Stay and Co-Debtor Stay on the property located at 815 Cora St, Joliet, Illinois 60435, be modified and that Bankruptcy Rule 4001(a)(3) be waived as not applicable, and leave be granted to Freedom Mortgage Corporation to proceed with non-bankruptcy remedies including foreclosure, and for such other and further relief as this Honorable Court deems just.

McCalla Raymer Leibert Pierce, LLC

By: */s/Kinnera Bhoopal*
Kinnera Bhoopal
Bar No. 6295897
Attorney for Creditor
1 N. Dearborn Suite 1200
Chicago, IL  60602
Phone:  (312) 346-9088
Fax:  (312) 551-4400
Email:  ILpleadings@mrpllc.com