**REQUIRED STATEMENT
TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY**

Debtor <u>William D. Powers,</u>    Case No <u>16-36186</u>    Chapter <u>13</u>
Moving Creditor <u>Freedom Mortgage Corporation</u>    Date Case Filed <u>November 14, 2016</u>

Nature of Relief Sought:  ☒ Lift Stay    ☐ Annul Stay    ☒ Other (describe): <u>Co-Debtor Stay</u>

Chapter 13    Date of Confirmation Hearing    Date Plan Confirmed    <u>January 13, 2017</u>

1. Collateral
    a. ☒ Home
    b. ☐ Car _____
    c. ☐ Other (describe) _____

2. Balance Owed through August 16, 2019 $<u>106,331.01</u>
   Total of all other Liens against Collateral $<u>0.00</u> (per debtor's schedule)

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the Debtor post-petition.

4. Estimated Value of Collateral (must be supplied in *all* cases) $<u>88,000.00</u> (per Debtor's Schedules)

5. Default
    a. ☐ Pre-Petition Default
        Number of months ___    Amount $_____

    b. ☒ Post-Petition Default
        i. ☒ On direct payments to the moving creditor
            Number of months <u>3</u>    Amount $<u>3,476.14</u> (including attorney's fees and costs)
        ii. ☐ On payments to the Standing Chapter 13 Trustee
            Number of months ___    Amount $_____

6. Other Allegations
    a. ☒ Lack of Adequate Protection § 362(d)(1)
        i. ☐ No insurance
        ii. ☐ Taxes unpaid  Amount $ _____
        iii. ☐ Rapidly depreciating asset
        iv. ☒ Other (describe) <u>Material payment default</u>

    b. ☒ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

    c. ☐ Other "Cause" § 362(d)(1)
        i. ☐ Bad Faith (describe) __
        ii. ☐ Multiple Filings
        iii. ☐ Other (describe) _____

    d. Debtor's Statement of Intention regarding the Collateral
        i. ☐ Reaffirm    ii. ☐ Redeem    iii. ☐ Surrender    iv. ☐ No Statement of Intention Filed

Date: <u>July 31, 2019</u>    Submitted By:    <u>/s/Kinnera Bhoopal</u>
                                               ARDC# 6295897
                                               McCalla Raymer Leibert Pierce, LLC