# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

B19060006

| | |
|---|---|
| IN RE: ] | CASE NO. 19-15865 |
| ] | |
| Susanna Cordero ] | CHAPTER 13 |
| aka Susanna Rodriguez; ] | |
| ] | JUDGE Pamela S. Hollis |
| Debtor(s). | |

### AGREED ORDER CONDITIONING THE AUTOMATIC STAY

On the motion of Lakeview Loan Servicing, LLC, secured creditor herein, for the entry of an order modifying the automatic stay to permit it to foreclose its mortgage on said real estate:

IT IS HEREBY ORDERED that the automatic stay in this case, as it applies to the interest of Lakeview Loan Servicing, LLC, its successors and/or assignees in the real property, commonly known as 1863 South Wentworth Circle, Romeoville Illinois 60446, shall continue in effect under the following conditions:

1. The debtor(s) shall continue making timely post-petition mortgage payments beginning with the September 2019 payment.

2. If debtor(s) fall(s) two (2) months in default on any payment, as referred to in paragraph 1, the automatic stay shall be automatically modified to permit foreclosure, without further order of the Court, upon 14 days written notice to the debtor(s) and to the attorney for debtor(s), during which period the debtor(s) may cure the said default. In the event Debtor becomes delinquent after two (2) notices of default, then upon the third default the Automatic Stay shall terminate as to the Movant without further recourse to this Court and Movant shall be allowed to take any and all steps necessary to exercise any and all rights it may have in the property commonly known as 1863 S. Wentworth Circle, Romeoville Illinois 60446.

3 In the event of a default, the Debtor(s) shall tender the required funds along with a $50.00 service fee, payable to Lakeview Loan Servicing, LLC, to the offices of Anselmo Lindberg

& Associates LLC at the address below. The payment must be made in the form of a certified check, money order, or cashier's check. The $50.00 service fee will be collectible against the Debtor(s), payable to either Creditor or its counsel pursuant to the terms of the notice regarding the default. For purposes of determining when the stay is modified, the stay shall be considered modified upon the expiration of the cure term when the Debtor(s) fail to cure.

DATED: AUG - 2 2019

ENTER:

_____
Bankruptcy Judge

_____
Attorney for Creditor

_____
Attorney for Debtor(s)

ANSELMO LINDBERG & ASSOCIATES LLC
1771 W. Diehl Road, Suite 120
Naperville, IL 60563-4947
630-453-6960 | 866-402-8661 | 630-428-4620 (fax)
Attorney No. Cook 58852, DuPage 293191, Kane 031-26104,
Peoria 1794, Winnebago 3802, IL 03126232
Bankruptcy@AnselmoLindberg.com
**THIS LAW FIRM IS DEEMED TO BE A DEBT COLLECTOR.**