**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: Susanna Cordero ) | Case no. 19-15865 |
| ) | |
| ) | Chapter 13 |
| ) | |
| Debtor ) | Judge: Pamela S. Hollis |
| ) | |

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

Susanna Cordero
1863 S. Wentworth Cir
Romeoville, IL  60446

David M Siegel
790 Chaddick Dr
Wheeling,IL 60090

Please take notice that on Friday, September 6, 2019 at 10:30 am, a representative of this office shall appear before the Honorable Judge Pamela S. Hollis at the Joliet City Hall, 150 West Jefferson Street, 2nd Floor, Joliet, IL 60432 and present the motion set forth below.  **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

I certify that this office caused a copy of this notice to be delivered to the above listed debtor by depositing it in the U.S. Mail at 801 Warrenville Road, Lisle, IL and to the debtor's attorney electronically via the Court's CM/ECF system on Friday, August 23, 2019.

/s/ Jenn Karmia

For:  Glenn Stearns, Trustee

---

**MOTION TO DISMISS FOR FAILURE TO FILE REQUIRED DOCUMENTS UNDER § 521(a)(1) AND 1307(c)**

Now comes Glenn Stearns, Chapter 13 Trustee, and requests dismissal of the above case pursuant to 11 U.S.C § 521(a)(1) and 1307(c) and in support thereof, states the following:

1. The debtor filed a petition under the Bankruptcy Code on June 03, 2019.
2. The debtor has failed to file the Statement of Current Monthly Income (122C-1).

WHEREFORE, the Trustee prays that this case be dismissed for cause pursuant to § 521(a)(1) and 1307(c).

Respectfully Submitted;

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL  60532-4350
Ph:  (630) 981-3888

/s/ Gerald Mylander

For:  Glenn Stearns, Trustee