UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

In Re:   )   BK No.:   19-15865

Susanna Cordero   )

)   Chapter:   13

)   Honorable LaShonda Hunt

)

)

Debtor(s)   )

## ORDER DENYING AS UNNECESSARY

This matter coming to be heard on the motion of the Debtor for approval of a modification of an existing loan; after due notice having been given and the opportunity for a hearing thereon and the Court being fully advised of the matter herein,

IT IS HEREBY ORDERED THAT:

The motion is denied. There is no provision of the Bankruptcy Code that calls for the Court to approve a modification of an existing loan agreement. The parties are free to go forward with the transaction without Court approval.

Enter:   *[signature]*

Honorable LaShonda A. Hunt

United States Bankruptcy Judge

Dated:  April 17, 2020