# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| In Re: | ) | 19-15865 |
|---|---|---|
| | ) | |
| Susanna Cordero, | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Judge LaShonda A. Hunt |

## NOTICE OF MOTION

TO: See attached Service List

PLEASE TAKE NOTICE that on January 8, 2021, at 10:15 am, or as soon thereafter as counsel may be heard, I shall appear before the Honorable LaShonda A. Hunt, or any other judge sitting in that judge's place, and present the Debtor's **Motion to Modify Plan**, a copy of which is attached.

**This motion will be presented and heard telephonically using AT&T Teleconference. No personal appearance in court is necessary or permitted. To appear and be heard telephonically on the motion, you must call in to the hearing using the following information—Toll Free Number: 1-888-557-8511; Access Code: 7490911.**

If you object to this motion and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

Susanna Cordero, Debtor

By:   /s/ John J. Ellmann

John J. Ellmann, Attorney for the Debtor(s)
DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive, Wheeling, IL  60090
847/ 520-8100
davidsiegelbk@gmail.com

## CERTIFICATE OF SERVICE

I, John Ellmann, Attorney for the Debtor(s), certify that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on December 16, 2020, at or before 5:00 pm.

/s/ John J. Ellmann

## SERVICE LIST

*To the following persons or entities who were served electronically by the Bankruptcy Court:*

Glenn Stearns, Ch. 13 Trustee: mcguckin_m@lisle13.com

*To the following persons or entities who were served via regular U.S. Mail:*

Susanna Cordero
1863 S. Wentworth Circle
Romeoville, IL  60446

Midland Funding, LLC
Midland Credit Management, Inc.
as agent for Midland Funding, LLC
PO BOX 2011
Warren, MI 48090

Capital One Bank (USA), N.A.
by American InfoSourc
4515 N Santa Fe Ave
Oklahoma City, OK 73118

Americredit Financial Services, Inc.
Dba GM Financial
P.O Box 183853
Arlington, TX 76096

Portfolio Recovery Associates, LLC
c/o Toysrus
POB 41067
Norfolk VA 23541

Portfolio Recovery Associates, LLC
c/o Wal-mart
POB 41067
Norfolk VA 23541

Portfolio Recovery Associates, LLC
c/o Old Navy
POB 41067
Norfolk VA 23541

Lakeview Loan Servicing, LLC
LoanCare, LLC
3637 Sentara Way
Virginia Beach, VA 23452

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| **In Re:** | ) | **19-15865** |
| | ) | |
| **Susanna Cordero,** | ) | **Chapter 13** |
| | ) | |
| **Debtor(s).** | ) | **Judge LaShonda A. Hunt** |

### MOTION TO MODIFY PLAN

NOW COMES the Debtor, by and through her attorneys, David M. Siegel & Associates, LLC, and in support of this Motion states as follows:

1. Jurisdiction is proper and venue is fixed in this Court with respect to these parties.

2. On June 3, 2019, the Debtor filed a voluntary petition for relief pursuant to Chapter 7 under Title 11 USC. The case was converted to chapter 13 on August 2, 2019, Glenn Stearns was appointed Trustee, and the plan was confirmed on October 18, 2019.

3. The Debtor fell behind in her Trustee payments because she lost her job due to the COVID-19 pandemic. She was able to replace some of the lost income when she started receiving unemployment benefits.

4. The Debtor is able to continue making payments to the Trustee in a decreased amount, but cannot cure the default.

5. The Debtor proposes to amend her chapter 13 plan pursuant to 11 U.S.C. §1329 and per the Coronavirus Aid, Relief and Economic Security (CARES) Act to decrease the monthly Trustee payment amount and to defer the payment default to the end of the plan. The Debtor makes this proposal in good faith and with the intention of completing her chapter 13 plan.

6. Decreasing the Trustee payment amount and deferring the payment default will not cause the confirmed chapter 13 plan to run longer than 84 months.

WHEREFORE the Debtor prays this Honorable Court enter an order modifying the plan and for other such relief as this Court deems just and proper.

Respectfully Submitted,

/s/ John J. Ellmann

John J. Ellmann A.R.D.C. #6257894
Attorney for the Debtors

DAVID M. SIEGEL & ASSOCIATES, LLC
Attorneys for the Debtor(s)
790 Chaddick Drive
Wheeling, IL 60090
847/ 520-810