UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.:  19-15865
Susanna Cordero,  )
 )  Chapter: 13
 )  Honorable LaShonda Hunt
 )
 )  Joliet
Debtor(s)  )

## ORDER GRANTING MOTION TO MODIFY PLAN

THIS MATTER coming to be heard on the motion of the Debtors, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises, due notice having been given to all parties entitled thereto:

It is ORDERED:

1. The motion is GRANTED.

2. The current default is deferred to the end of the plan.

3. The monthly Trustee payment is decreased to $100.00.

4. Due to the pandemic and amendment to the CARES Act the plan may run longer than 60 months.

Enter:

*LaShonda A. Hunt*

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated:  January 08, 2021

**Prepared by:**

John J. Ellmann
DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, IL  60090
847/ 520-8100