**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | Case No. 19 B 15865 |
| | ) | |
| SUSANNA CORDERO, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Hon. LaShonda A. Hunt |

**NOTICE OF MOTION OF AMERICREDIT FINANCIAL SERVICES, INC.,
D/B/A GM FINANCIAL TO MODIFY AUTOMATIC STAY**

VIA ELECTRONIC NOTICE:

| | | |
|---|---|---|
| To: | Glenn B. Stearns (Trustee) | David M. Siegel, Esq. (Debtor's Counsel) |
| | 801 Warrenville Road, Suite 650 | David M. Siegel & Associates |
| | Lisle, Illinois 60532 | 790 Chaddick Drive |
| | | Wheeling, Illinois 60090 |

VIA U.S. MAIL:

To:   Susanna Cordero (Debtor)
      1863 South Wentworth Circle
      Romeoville, Illinois 60446

     PLEASE TAKE NOTICE that on July 9, 2021 at 10:15 a.m., I will appear telephonically before the Honorable LaShonda A. Hunt, or any judge sitting in his/her stead, and present the ***Motion of AmeriCredit Financial Services, Inc., d/b/a GM Financial to Modify Automatic Stay***, a copy of which is attached.

     **This Motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard telephonically on the Motion, you do the following:

     **To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

     **To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

     **Meeting ID and password**. The meeting ID for this hearing is **161 165 5696** and the **passcode** is **7490911**. Additional information can be found on Judge Hunt's webpage on the court's website: https://www.ilnb.uscourts.gov/content/judge-lashonda-hunt.

**If you object to this Motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the Motion will be called on the presentment date. If no Notice of Objection is timely filed, the Court may grant the Motion in advance without a hearing.

    Respectfully submitted,

    AMERICREDIT FINANCIAL SERVICES, INC., D/B/A GM FINANCIAL,
    Creditor,

    By: ___/s/ Cari A. Kauffman____
    One of its attorneys

David J. Frankel (Ill. #6237097)
Cari A. Kauffman (Ill. #6301778)
Rocio Herrera (Ill. #6303516)
Sorman & Frankel, Ltd.
180 North LaSalle Street, Suite 2700
Chicago, Illinois 60601
(312) 332-3535 / (312) 332-3545 (facsimile)

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached Motion upon the above-named persons by electronic filing or, as noted above, by placing same in a properly addressed and sealed envelope, postage prepaid, and depositing it in the United States Mail at 180 North LaSalle Street, Chicago, Illinois on June 23, 2021, before the hour of 5:00 p.m.

    ___/s/ Cari A. Kauffman____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | Case No. 19 B 15865 |
| | ) | |
| SUSANNA CORDERO, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Hon. LaShonda A. Hunt |

**MOTION OF AMERICREDIT FINANCIAL SERVICES, INC.,
D/B/A GM FINANCIAL TO MODIFY AUTOMATIC STAY**

AMERICREDIT FINANCIAL SERVICES, INC., D/B/A GM FINANCIAL ("AmeriCredit"), a creditor herein, by its attorneys, the law firm of Sorman & Frankel, Ltd., respectfully requests this Court, pursuant to Section 362 of the Bankruptcy Code, 11 U.S.C. §362 (West 2021), and such other Sections and Rules may apply, to enter an Order modifying the automatic stay provided therein. In support thereof, AmeriCredit states as follows:

1. On June 3, 2019, Susanna Cordero ("Debtor") filed a Voluntary Petition for Relief under Chapter 7 of the Bankruptcy Code. On August 2, 2019, the case was converted to one under Chapter 13.

2. On October 14, 2019, Debtor filed an Amended Chapter 13 Plan, which provides for direct payments from Debtor to AmeriCredit on AmeriCredit's secured claim, and which was confirmed on October 18, 2019.

3. AmeriCredit is a creditor of the Debtor with respect to a certain indebtedness secured by a lien upon a 2018 Chevrolet Traverse motor vehicle bearing a Vehicle Identification Number of 1GNERGKW3JJ275659 (the "Vehicle"). (See Ex. "A").

4. As set forth in the Retail Installment Contract attached as Exhibit "A", Debtor was required to tender equal monthly payments to AmeriCredit, each in the sum of $563.06 with an interest rate of 13.80%. (See Ex. "A").

5. Debtor has failed to make required payments to AmeriCredit due on and after March 31, 2021, resulting in a current default of $1,588.37; the next payment of $563.06 comes due on June 30, 2021.

6. The current total outstanding balance due to AmeriCredit from the Debtor for the Vehicle is $20,543.58.

7. Debtor has failed to provide AmeriCredit or its counsel with proof of a valid full coverage insurance policy for the Vehicle identifying AmeriCredit as the lienholder/loss payee.

8. As such, AmeriCredit seeks relief from the automatic stay so that AmeriCredit may take possession of and sell the Vehicle and apply the sales proceeds to the balance due from Debtor.

9. Debtor has not offered, and AmeriCredit is not receiving, adequate protection for its secured interest or depreciating value. Further, Debtor has no substantial equity in the Vehicle and the Vehicle is not necessary to an effective reorganization by Debtor.

10. AmeriCredit will suffer irreparable injury, harm, and damage should it be delayed in taking possession of and foreclosing its security interest in the Vehicle.

11. AmeriCredit requests that Bankruptcy Rule 4001(a)(3) not apply to any Order granting this Motion.

**WHEREFORE,** AmeriCredit Financial Services, Inc., d/b/a GM Financial respectfully requests that this Court enter an Order, as attached hereto, modifying the automatic stay provided by Section 362 of the Bankruptcy Code to permit AmeriCredit to take immediate possession of and foreclose its security interest in the 2018 Chevrolet Traverse motor vehicle bearing a Vehicle Identification Number of 1GNERGKW3JJ275659; and, for such other, further, and different relief as this Court deems just and proper.

          Respectfully submitted,

          AMERICREDIT FINANCIAL SERVICES, INC., D/B/A GM FINANCIAL,
Creditor,

          By: ___/s/ Cari A. Kauffman___
One of its attorneys

David J. Frankel (Ill. #6237097)
Cari A. Kauffman (Ill. #6301778)
Rocio Herrera (Ill. #6303516)
Sorman & Frankel, Ltd.
180 North LaSalle Street, Suite 2700
Chicago, Illinois 60601
(312) 332-3535 / (312) 332-3545 (facsimile)